UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-00050-RBD-EJK

HOWARD COHAN,

    Plaintiff,

vs.

CAPITAL ONE FLORIDA HOTEL GROUP, LLC, d/b/a HOLIDAY INN EXPRESS AND SUITES, and d/b/a HAMPTON INN AND SUITES ORLANDO-APOPKA,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendants CAPITAL ONE FLORIDA HOTEL GROUP, LLC, d/b/a HOLIDAY INN EXPRESS AND SUITES, and d/b/a HAMPTON INN AND SUITES ORLANDO-APOPKA ("Defendants"), by and through undersigned counsel, pursuant to Local Rule 3.09, hereby give notice that Plaintiff and Defendants ("Parties") have reached an agreement in principle for the resolution of this matter and are in the process of finalizing the necessary written settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the necessary written settlement documents and file proper pleadings to close this matter out.

Dated this 10th day of August, 2023.

**Respectfully Submitted:**

BY: <u>*s/ Jason S. Weiss*</u>
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: *s/ Jason S. Weiss*
Jason S. Weiss